UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MILDRED HICKS JOHNSON,

        Plaintiff,

                                                                             Case Number 05-10330-BC
v.                                                                 Honorable David M. Lawson

MAPLEVIEW APARTMENT *II*, and
PETER M. DOERR,

        Defendants.
_____ /

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

        This matter is before for the Court on a report issued by Magistrate Judge Charles E. Binder on April 13, 2006, recommending that the plaintiff's complaint be dismissed *sua sponte* for failure to state a claim upon which relief can be based. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The plaintiff's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation is **ADOPTED** and the case is **DISMISSED WITH PREJUDICE**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: May 25, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 25, 2006.

s/Tracy A. Jacobs  
TRACY A. JACOBS

---